IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:17-cv-00640-JL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANNETTE B. DEMAURO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PARTIES' STIPULATION TO ENLARGEMENT OF TIME TO SUBMIT POST-TRIAL BRIEFING AND RELATED SUBMISSIONS**

The parties make this stipulation for a four-day enlargement of time to submit post trial briefs and amended proposed findings of fact and conclusions of law, an enlargement that is being requested due to the COVID-19 pandemic that has made complying with the current deadline impracticable.

1. The post-trial briefs and amended proposed findings and fact and conclusions of law that are currently due to be filed by May 11, 2020, shall now be due to be filed by May 15, 2020.

2

Dated: ___05/11/2020_____     Dated: __05/11/2020_____

    */s/ Gerard J. Levins*                   ___*/s/ Thomas P. Cole*_____
Gerard J. Levins, Esq., LL.M.              Thomas P. Cole, Esq.
Levins Tax Law, LLC                       Trial Attorney, Tax Division
1671 Worcester Road, Suite 304          Department of Justice
Framingham, MA 01701                   P.O. Box 55
Tel: 888-333-9501                           Ben Franklin Station
Fax: 888-333-0291                         Washington, D.C.  20044
Cell: 617-733-8888                         Direct line(202) 514-9611
Email:  gerard@levinstaxlaw.com       Fax (202) 514-5238
                                                  Thomas.P.Cole@usdoj.gov
                                                  Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2020, I electronically filed the foregoing **PARTIES' STIPULATION TO ENLARGEMENT OF TIME TO SUBMIT POST-TRIAL BRIEFING AND RELATED SUBMISSIONS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared electronically.  There are no parties who need to be served through manual means.

>*/s Gerard J. Levins*
>GERARD J. LEVINS
>Levins Tax Law, LLC
>1671 Worcester Road, Suite 304
>Framingham, MA 01701
>Tel: 888-333-9501
>Fax: 888-333-0291
>Cell: 617-733-8888
>Email:  gerard@levinstaxlaw.com