IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ANNETTE B. DEMAURO, </br></br> Defendant. | Case No. 1:17-cv-00640-JL |

**JOINT NOTICE OF SATISFACTION OF JUDGMENTS**

To the Clerk:

Plaintiff and counterclaim defendant United States hereby gives notice that the judgment entered against defendant Annette B. DeMauro on September 18, 2020 has been satisfied and authorizes the Clerk to mark the judgment satisfied.

Defendant and counterclaim plaintiff Annette B. DeMauro hereby gives notice that the judgment entered against the plaintiff and counterclaim defendant United States of America on September 18, 2020 has been satisfied and authorizes the clerk to mark the judgment satisfied.

For plaintiff and counterclaim defendant United States of America:

DAVID HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Angela R. Foster*
ANGELA R. FOSTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55

        Washington, D.C.  20044
        202-616-9183 (v)
        202-514-5238 (f)
        Angela.R.Foster@usdoj.gov

        For defendant and counterclaim plaintiff Annette B. DeMauro:

        */s/Rosario Mario F. Rizzo*
        Rosario Mario F. Rizzo
        NH Bar #9080
        801 Main St
        Concord, MA 01742
        Tel: (978) 371-2500
        Fax: (978) 371-1352
        Email: rosario.rizzo@rizzolawfirm.com

        */s/ Gerard J. Levins*
        Gerard J. Levins, Esq.
        Levins Tax Law
        1671 Worcester Rd, Suite 304
        Framingham, MA 07017
        Tel: 888-333-9501
        Fax: 888-233-0291
        Email: gerard@levinstaxlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of December, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared electronically.  There are no parties who need to be served through manual means.

        */s/ Angela R. Foster*
        ANGELA R. FOSTER
        Trial Attorney, Tax Division